Argued and submitted August 24, reversed and remanded for entry of new judgment
September 28, 1983

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBERT EDWIN MATT,
*Appellant.*

(C82-08-36733; CA A27414)

669 P2d 840

J. Marvin Kuhn, Chief Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Jan Peter Londahl, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant was convicted of arson in the first degree and of conspiracy to commit the same arson. He contends he may not be convicted of both. ORS 161.485(3) provides:

"A person shall not be convicted on the basis of the same course of conduct of both the actual commission of an offense and an attempt to commit that offense or solicitation of that offense or conspiracy to commit that offense."

Defendant is correct, and we reverse and remand for entry of a new judgment.[1]

---

[1] The question raised in defendant's other assignment of error was not raised in the trial court; therefore, it is not cognizable on appeal. *State v. Charles,* 3 Or App 172, 469 P2d 792, *rev den* (1970), *cert den* 406 US 973 (1972).